IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEXINGTON INSURANCE COMPANY,

      Plaintiff,

vs.                                                                  No. CIV-07-0464 RB/LAM

NEW MEXICO ASSOCIATION OF
COUNTIES and DONA ANA COUNTY
BOARD OF COMMISSIONERS,

      Defendants.

### ORDER GRANTING *JOINT MOTION TO EXTEND DISCOVERY DEADLINE (Doc. 60)*

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Discovery Deadline (Doc. 60)*, filed November 17, 2009, in which the parties request an extension of the discovery deadline and the motions relating to discovery deadline. Having considered the parties' submissions and the record in this case, the Court **FINDS** this motion is well-taken and should **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Discovery Deadline (Doc. 60)* is **GRANTED** and the that the new deadlines shall be as follows:

| | |
|---|---|
| **Termination of Discovery** | December 31, 2009 |
| **Motions relating to discovery filed by** | January 5, 2010 |

These deadlines shall not be extended again without approval of the Court upon a motion setting forth good cause. All other deadlines set forth in the *Order Assigning Standard Track and Setting Pretrial Deadlines (Doc. 49)* will remain in effect and are not extended.

      **IT IS SO ORDERED.**

      *Lourdes A. Martínez*
      **LOURDES A. MARTÍNEZ**
      **UNITED STATES MAGISTRATE JUDGE**