IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEXINGTON INSURANCE COMPANY,**

      Plaintiff,

vs.                                            No. CIV-07-0464 RB/LAM

**NEW MEXICO ASSOCIATION OF**
**COUNTIES and DONA ANA COUNTY**
**BOARD OF COMMISSIONERS,**

      Defendants.

### ORDER GRANTING SECOND
### *JOINT MOTION TO EXTEND DISCOVERY DEADLINE (Doc. 62)*

**THIS MATTER** is before the Court on the parties' second *Joint Motion to Extend Discovery Deadline (Doc. 62)*, filed November 24, 2009, in which the parties request an extension of the discovery deadline, the motions relating to discovery deadline, and the pretrial motions deadline. The Court held a telephonic hearing on December 4, 2009, and counsel for both parties attended. Having considered the parties' submissions and the record in this case, and having discussed with the presiding judge in the case the deadlines affecting his trial schedule, the Court **FINDS** this motion should **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Discovery Deadline (Doc. 62)* is **GRANTED** and that the new deadlines shall be as follows:

| | |
|---|---|
| **Termination of Discovery:** | **January 22, 2010** |
| **Motions relating to discovery filed by:** | **January 22, 2010** |
| **Deadline to file pretrial motions:** | **February 12, 2010** |
| **Pretrial Order from Plaintiff to Defendants by:** | **March 30, 2010** |
| **Pretrial Order from Defendants to Court by:** | **April 23, 2010** |

These deadlines shall not be extended again without approval of the Court upon a motion setting forth good cause.  All other deadlines set forth in the *Order Assigning Standard Track and Setting Pretrial Deadlines (Doc. 49)* will remain in effect and are not extended.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**